Monique Doryland (SBN 208371)
Doryland Law Office
1814 Franklin Street, Suite 210
Oakland, California 94612-3461
Telephone Number: (510) 558-0855
Facsimile Number: (510) 465-0017
Email Address: mdoryland@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA LACAYO, | Case No.  C13-cv-0321-EDL |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) |
| v. | Judge: Hon. Judge Elizabeth D. Laporte |
| ROBERT SCOTT KENNARD, NELSON & KENNARD, | |
| Defendants. | |

IT IS HEREBY STIPULATED, pursuant to Fed. Rule of Civ. Proc. 41 (a) by Plaintiff YOLANDA LACAYO and Defendants ROBERT SCOTT KENNARD, and NELSON & KENNARD, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

DATED: 12/2/2013

_____
Monique Doryland
Attorney for Plaintiff

1

Stipulation for Dismissal of Action Pursuant to Fed.R.Civ.P.41(a)   Case Number C13-cv-0321-EDL

DATED: 11/27/13                              //s// Robert Scott Kennard
                                             Robert Scott Kennard
                                             Attorney for Defendant ROBERT KENNARD

DATED: 11/27/13                              //s// Robert Scott Kennard
                                             Robert Scott Kennard
                                             Attorney for Defendant NELSON & KENNARD

2

Stipulation for Dismissal of Action Pursuant to Fed.R.Civ.P.41(a)   Case Number C13-cv-0321-EDL

Monique Doryland (SBN 208371)
Doryland Law Office
1814 Franklin Street, Suite 210
Oakland, California 94612-3461
Telephone Number: (510) 558-0855
Facsimile Number: (510) 465-0017
Email Address: mdoryland@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA LACAYO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>ROBERT SCOTT KENNARD, NELSON & KENNARD,<br><br>　　　　　　　Defendants. | Case No. C13-cv-0321-EDL<br><br>(proposed) ORDER<br>ON STIPULATION FOR DISMISSAL<br><br>Judge: Hon. Judge Elizabeth D. Laporte |

The parties have stipulated that each agrees to a dismissal of this action with prejudice, and the court having reviewed the stipulation, it is ordered that this matter is dismissed with prejudice.

_____

DATED: 12/10/13   _____
　　　　　　　　　　Hon. Judge Elizabeth D. Laporte

(proposed) ORDER on Stipulation for Dismissal of Action Pursuant to Fed.R.Civ.P.41(a)
Case Number C13-cv-0321-EDL